UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FRANK VASQUEZ, | Case No. 1:24-cv-00862-JLT-SAB (PC) |
|---|---|
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE FRANK VASQUEZ**, CDCR No. **AY-4371 VIA VIDEO CONFERENCE** |
| v. | |
| D. MANER, | DATE: April 3, 2025 |
| Defendant. | TIME: 9:30 a.m. |

**Inmate Frank Vasquez, CDCR No. AY-4371**, a necessary and material witness on his behalf in a settlement conference on **April 3, 2025**, at 9:30 a.m., is confined at the Kern Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on April 3, 2025, at 9:30 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __March 4, 2025__

STANLEY A. BOONE
United States Magistrate Judge

