UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VASQUEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>D. MANER, et al.,<br><br>              Defendants. | No.  1:24-cv-00862-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE FRANK VASQUEZ, CDCR NO. AY-4371<br><br>(ECF No. 21) |

A settlement conference in this matter commenced on April 3, 2025.  Inmate Frank Vasquez, CDCR #AY-4371 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 3, 2025**           /s/ Barbara A. McAuliffe         _
                                                              UNITED STATES MAGISTRATE JUDGE

1