# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VASQUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. MANER,<br><br>        Defendant. | Case No.  1:24-cv-0862 JLT SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 20) |

The Court conducted a settlement conference in this action on April 3, 2025, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

    1. All pending matters and dates in this action are VACATED;

    2. The parties shall file dispositive documents within thirty (30) days of entry of this order, and

    3. The Court retains jurisdiction for six months to enforce the settlement.

IT IS SO ORDERED.

Dated:    **April 3, 2025**                              /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1